JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MUZZIN, | CV 23-5477 PA (BFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's July 20, 2023 Minute Order, which dismissed the action filed by plaintiff Jeffrey Muzzin ("Plaintiff") without prejudice for lack of subject matter jurisdiction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: July 20, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE